**Order filed September 17, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00964-CV
_____

**ROBERT HOLMES, Appellant**

**V.**

**CRAIG CASSEL, Appellee**

On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2011-32230

## ORDER

This court issued a Substitute Memorandum Opinion and judgment affirming the trial court's judgment on August 15, 2013. Appellant's motion for rehearing was due within 15 days after this court's judgment was rendered. *See* Tex. App. P. 49.1. Therefore, appellant's motion for rehearing was due on August 30, 2013. Appellant's motion for rehearing was e-filed on September 13, 2013, however.

If a motion for rehearing is filed within 15 days of its due date, a party may filed a motion for extension of time. *See* Tex. R. App. P. 49.8. Appellant's motion was filed within 15 days of its due date, but no motion for extension of time was filed.

Accordingly, we **ORDER** appellant to file a proper motion to extend time, to file the motion for reconsideration, in accordance with Rules 10.5(b) and 49.8, within **10 days** of the date of this order. If appellant does not comply with this order, the court will strike the motion for rehearing as untimely. *See* Tex. R. App. P. 49.1.


PER CURIAM